AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
September 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: VAR
DEPUTY

United States of America
v.
Michael James Argo

*Defendant(s)*

Case No. **1:26-MJ-00900-DH**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 7, 2026 and Sept 18, 2026 in the county of Travis in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 115 | Threatening a Federal Official |
| 18 USC 875 | Interstate Transmission of Threatening Communication |

This criminal complaint is based on these facts:

See Attached Affidavit

❒ Continued on the attached sheet.

Susana Haberman
*Complainant's signature*

SA Susana Haberman, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/20/2026

*Judge's signature*

City and state: Austin, Texas

Dustin M. Howell, US Magistrate
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

September 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: VAR

**S E A L E D**

UNITED STATES OF AMERICA,

Plaintiff.

v.

MICHAEL JAMES ARGO,

Defendant.

Criminal No. **1:26-MJ-00900-DH**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Susana Haberman, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. This affidavit is submitted in support of a Criminal Complaint against MICHAEL JAMES ARGO, date of birth [redacted], for violation of Title 18, United States Code, Section 115(a)(1)(B), Threatening a Federal Official and Section 875(c), Interstate Transmission of Threatening Communication.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2004. I am currently assigned to the Central Texas Joint Terrorism Task Force in the FBI San Antonio Field Office. I have been employed as a law enforcement officer for approximately 22 years. As a Special Agent, I have participated in the investigation of various violations of federal law, including terrorism, financial crimes, and violent crimes against persons. I have authored arrest and search warrant affidavits and participated in the execution of warrants. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise

the prevention, detection, investigation, and prosecution of a violation of Federal criminal laws.

3. Because this affidavit is submitted for the limited purposes of establishing probable cause, I have not included every fact known to me related to this investigation. Statements are presented in sum and substance.

**PROBABLE CAUSE**

4. On or about June 7, 2026, the FBI National Threat Operations Center received an electronic tip from the FBI Director's Strategic Information Center regarding an X post by user @setupreplairllc who made threatening statements against the FBI Director and FBI employees. X is a U.S.-based social media platform where users can post content publicly for other users to see. The threats made on X included the kidnapping of the FBI Director and the killing of FBI employees. As detailed below, the @setuprepairllc account is believed to belong to MICHAEL JAMES ARGO based on account user data.

5. The X post made by @setuprepairllc on June 7, 2026, stated: "We'll blast on Kash Patel we don't give a fuck. gang gang gang bang. crip folk." Review of the referenced X account also revealed a post stating "this is crip folk territory and the sheriff's department and fbi will learn their fucking place or die." The posts were made on June 7, 2026. The account listed a company identified as Setup.Repair Consulting, the name Michael Argo, and telephone number 707-701-3375.

6. On June 10, 2026, legal process was served on X Corp for records pertaining to the following identifier: @setuprepairllc, for the time period January 1, 2025, to June 10, 2026 (present). X Corp provided a response to the legal process the same day and identified the following account ID for the account: 1970468880590970880 and User Display Name:

Setup.Repair Consulting. The account was created on September 9, 2025, and was currently active. The following email was associated with the account: mike.argo@gmail.com.

7. On June 7, 2026, the date the threatening messages were posted towards the FBI and FBI Director Kash Patel, multiple approximately thirty-nine (39) Internet Protocol (IP) addresses were captured by X Corp, associated with activity by the account user. The IP addresses were queried. One of the Internet Service Providers for the IP addressed was identified as Google Fiber. Specifically, the Google Fiber IP was: 136.60.89.4. No telephone number was associated with the account per the records provided.

8. On June 11, 2026, legal process was served to Google LLC for records pertaining to email: mike.argo@gmail.com and IP Address: 136.60.89.4, Timestamp: 2026-06-07 06:49:22A. Google LLC provided a response on July 9, 2026, identifying the subscriber as Michael James Argo, with telephone number (707) 701-3375.

9. Google LLC provided the following information related to IP Address: 136.60.89.4, Timestamp: 2026-06-07 06:49:22. The account was a residential account at address: [redacted]. The subscriber was identified as Michael Argo, phone number (707) 701-3375.

10. On June 11, 2026, a query of business filings with the Texas Secretary of State identified a business associated with ARGO listed as setup.repair LLC, [redacted]

11. On June 11, 2026, a vehicle record query associated with ARGO was conducted. A vehicle identified as a white 2012 Toyota FJ, Vehicle Identification Number: JTEBU4BF4CK133211, and Texas Vehicle License Plate: KK6QMF, owned by ARGO, was last registered on 05/19/2023.The vehicle was observed at ARGO's residence on September 17, 2026.

12. On July 21, 2026, surveillance was conducted at ARGO's residence, previously identified as [redacted]. Investigators observed ARGO leaving his residence driving a red Nissan Versa bearing Texas license plate KLV6555. Surveillance of ARGO observed him driving near his home and in the direction of downtown Austin. Query of Texas License Plate KLV6555 identified the registered owner of the vehicle, as Sarah Anne Connelly, who is believed to be ARGO's girlfriend/co-habitant.

13. On July 23, 2026, investigators attempted to locate AGRO to conduct an interview. Investigators attempted to interview ARGO at his residence. Following the attempts to physically locate ARGO, three telephonic calls were placed to ARGO's telephone number identified as (707) 701-3375. On the third call a message was left for ARGO advising the FBI was attempting to reach him and to return the call.

14. On July 30, 2026, investigators attempted to locate ARGO to conduct an interview. Investigators attempted to interview ARGO at his residence. Following the attempts to physically locate ARGO, a telephonic call was placed to ARGO's telephone number identified as (707) 701-3375. A voice message was left asking ARGO to return the call. Additionally, a text message was sent to ARGO at the same (707) 701-3375 number advising the FBI was attempting to reach him and to return the call. Special Agent Haberman provided her name: Special Agent Haberman and contact information in writing. ARGO responded to the text and stated he did not answer questions.

15. On September 13, 2026, the National Threat Operations Center processed an electronic tip submitted by the Director's Strategic Information Center, originally received by First Alert at alert@dataminr.com regarding X user "setuprepairllc" stating "Imma fuckin sodomize this brown nigga" directed toward FBI Director Kash Patel.

16. On September 13, 2026, a report was received from the FBI New York Field Office stating X user @setuprepairllc, display name Mike Argo, made a post stating: @FBIDirectorKash Little bitch Kash think he can control our constitutional rights. I'll kill you the FBI motherfucker. Crip Folk.

17. FBI New York advised following the URL to this post does not lead to the post and provides a message from X that the post violated X rules. However, a screenshot of the post was saved. Upon further review, on September 12, 2026, user @setuprepairllc posted a photo to the X profile brandishing a firearm. On September 11, 2026, user @setuprepairllc made two posts with photos of the same nature. The screenshots provided are included below.




Mike Argo
3,795 posts
Follow
Mike Argo @setuprepairllc · Sep 12
13




18. On September 18, 2026, the FBI National Threat Operations Section received information from the FBI Director's Strategic Information Center regarding X user @setuprepairllc, who threatened to kidnap the FBI Director. On September 18, 2026, at 05:23 p.m. EDT, X user @setuprepairllc posted, "We are going to kidnap and gender reassign @FBIDirectorKash." A copy of the post is included below.



19. On September 18, 2026, X user @setuprepairllc also made threats against U.S. President Donald J. Trump and FBI Special Agent Haberman. X user @setuprepairllc threated to remove President Trump's balls and offered to pay $1,000,000 for Special Agent Haberman. A copy of the posts are below.






20. The aforementioned X posts were transmitted in interstate and foreign commerce from the Western District of Texas through X's servers, which the investigation revealed are located outside the State of Texas.

**CONCLUSION**

21. Based on the above information, I respectfully submit that there is probable cause to believe MICHAEL JAMES ARGO committed the offense(s) set forth in the attached Criminal Complaint.

Respectfully submitted,

Susana Haberman
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn by telephone on this 20th day of September 2026.

Dustin M. Howell
UNITED STATES MAGISTRATE JUDGE