**FILED**
October 06, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: VAR
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**UNITED STATES OF AMERICA**
**Plaintiff**
**v.**

**MICHAEL JAMES ARGO**
**Defendant**

**1:26-CR-00465-DAE**

**INDICTMENT**

**[Ct. 1: 18 U.S.C § 115(a)(1)(B) – Threatening a Federal Official;**
**Ct. 2: 18 U.S.C. § 875(c) – Interstate Communications with a Threat to Injure and kidnap]**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Threatening a Federal Official**
**18 U.S.C. § 115(a)(1)(B)**

On or about June 7, 2026, and continuing through on or about September 18, 2026, in the Western District of Texas, Defendant,

**MICHAEL JAMES ARGO,**

did threaten to assault, kidnap, and murder the Director of the Federal Bureau of Investigation, employees of the Federal Bureau of Investigation, specifically S.H., and the President of the United States, and did so with the intent to impede, intimidate, interfere with, and retaliate against the Federal Bureau of Investigation Director and employees, and the President of the United States, on account of the performance of their official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

**COUNT TWO**
**Interstate Communication with a Threat to Injure and kidnap**
**18 U.S.C. § 875(c)**

On or about June 7, 2026, and continuing through on or about September 18, 2026, in the Western District of Texas, the defendant

**MICHAEL JAMES ARGO**

knowingly and willfully did transmit in interstate and foreign commerce, a communication, specifically publicly accessible statements on social media platform X, and the communications contained threats to injure, kidnap, and murder the Director of the Federal Bureau of Investigation, Federal Bureau of Investigation employees, specifically S. H., and the President of the United States.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL.

[redacted]
FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: ______________________________
FOR: BRITNI VERDEJA
ASSISTANT UNITED STATES ATTORNEY